WILLIAM J. MORGAN, Comptroller of the State of New York, and NICHOLAS GRUMBACH, County Treasurer of Onondaga County, Appellants, v. GEORGE B. WARNER et al., as Executors of JOHN STOLP, Deceased, et al., Respondents.

*Morgan v. Warner,* 45 App. Div. 424, affirmed.
(Submitted February 27, 1900; decided March 13, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1899, affirming an order of the Surrogate's Court of Onondaga county modifying a prior order assessing a transfer tax upon certain property passing under the will of John Stolp, deceased.

*John McLennan* for appellants.

*George B. Warner* for respondents.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

In the Matter of the Petition of JOHN D. CAMPBELL, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,279, Issued to WILLIAM F. ROBINETT, Appellant.

DANIEL O'GRADY, Special Deputy Commissioner of Excise, Respondent.

*Matter of Campbell,* 46 App. Div. 634, affirmed.
(Argued February 27, 1900; decided March 13, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 2, 1900, reversing an order of Special Term dismissing an application for the revocation of a liquor tax certificate, and granting such application.

*Moses Shire* for appellant.

*P. W. Cullinan* and *L. H. Jones* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting, O'BRIEN, J.